IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CARL ROSE, | ) | Civil Action No. 7:16-cv-00440 |
|     Plaintiff, | ) | |
| | ) | **OPINION** |
| v. | ) | |
| | ) | By:    **James P. Jones** |
| C. ZYCH, | ) | **United States District Judge** |
|     Defendant(s). | ) | |

Carl Rose, proceeding pro se, filed a civil rights complaint, pursuant to Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) with jurisdiction vested under 28 U.S.C. §1331. By Order entered December 28, 2016, the court directed plaintiff to submit within twenty-one days from the date of the Order an amended complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than twenty-one days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of January, 2017.

                                            /s/James P. Jones
                                            United States District Judge